**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Chauncey FLOYD, Defendant— Appellant.**

No. 10–6539.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Oct. 5, 2010.

Chauncey Floyd, Appellant pro se. Leesa Washington, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chauncey Floyd appeals a district court order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c) (2006). The district court found Floyd was not eligible for a reduction under the recent amendments to the Sentencing Guidelines because his sentence was based, not on a quantity of crack cocaine, but on his career offender status. We find the district did not abuse its discretion denying Floyd's motion for a sentence reduction. *United States v. Goines*, 357 F.3d 469, 478 (4th Cir.2004) (stating standard of review). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*